**Order entered January 9, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-01371-CV**

**IN RE DANNY SILVERS, Relator**

**Original Proceeding from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F17-14132**

## ORDER
Before Justices Reichek, Carlyle, and Kennedy

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus.

/s/     CORY L. CARLYLE
        JUSTICE